**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STEVEN DANIELS, JR.,<br><br>Defendant. | NO. CR04-252-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 20, 2009. The United States was represented by Assistant United States Attorney Todd Greenberg, and the defendant by Michael Filipovic.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On or about September 24, 2004, defendant was sentenced by the Honorable John C. Coughenour, to a term of thirty-seven (37) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, submit to search, and alcohol abstinence.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated November 2, 2009, U.S. Probation Officer Jerrod Akins asserted the following violations by defendant of the conditions of his supervised release:

    (1)    Consuming methamphetamine on or before September 20, 2009, in violation of standard condition No. 7.

    (2)    Consuming methamphetamine on or before October 14, 2009, in violation of standard condition No. 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on January 8, 2010 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 20th day of November, 2009.

*James P. Donohue*
———————————————
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable John C. Coughenour
       AUSA:    Mr. Todd Greenberg
       Defendant's attorney:    Mr. Michael Filipovic
       Probation officer:    Mr. Jerrod Akins